PAUL FOLEY, Appellant, *v.* NEW YORK EVENING JOURNAL, INC., Respondent.

First Department, June 7, 1929.

*Martin Conboy* of counsel [*David Asch* with him on the brief; *Griggs, Baldwin & Baldwin,* attorneys], for the appellant.

*William A. DeFord* of counsel [*Arthur Moynihan* with him on the brief], for the respondent.

PER CURIAM. For the reasons stated in the opinion in *Foley* v. *Press Publishing Co.,* 226 App. Div. 535 (handed down herewith) the order appealed from should be affirmed, with ten dollars costs and disbursements.

Present — DOWLING, P. J., MERRELL, FINCH, McAVOY and PROSKAUER, JJ.

Order affirmed, with ten dollars costs and disbursements.